UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARL J. TATE (#158572)                                  CIVIL ACTION

VERSUS

CITY OF BATON ROUGE, ET AL                              NO. 08-390-RET

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's complaint is dismissed for failure to prosecute.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March  30  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA